UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

IN THE MATTER OF:              )
                               )
Jon Linden Praed,              )        CAUSE NO. 2:12MC132-PPS
                               )
        Respondent.            )

ORDER IMPOSING DISCIPLINARY ACTION

By order dated August 6, 2012, respondent-attorney was directed to show cause why this court should not impose discipline identical to that imposed on June 1, 2012 by the Indiana Supreme Court in Case No. 94S00-1206-MS-302, in which respondent was suspended from the state bar for failure to pay attorney registration fees.  Respondent has not filed any response to that order.

ACCORDINGLY, pursuant to N.D.Ind. L.R. 83-6.8(c), respondent is hereby suspended from the practice of law before the United States District Court for the Northern District of Indiana, effective immediately.  Reinstatement shall be subject to the provisions of Local Rule 83-6.11(b).

SO ORDERED.

ENTERED:   November  29, 2012

                    /s/ Philip P. Simon
            Chief Judge, United States District Court
            Northern District of Indiana